IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 24 C 2782 |
| NORTHERN CONTRACTING, INC., an Illinois corporation, | ) ) ) ) | JUDGE CHARLES P. KOCORAS |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, NORTHERN CONTRACTING, INC., an Illinois corporation, in the total amount of $50,000.00, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,049.95.

On April 16, 2024, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on May 7, 2024. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Destiny A. Collins

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Phone: 312/216-2562; Fax: 312/236-0241
Email: dcollins@baumsigman.com

I:\CLJ\Northern Contracting\#30675\motion for entry of default and judgment.dac.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Plaintiffs' Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that she mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 7th day of July 2025:

      Mr. Richard R. Roesch, President
      Northern Contracting, Inc.
      1851 Coltonville Road
      Sycamore, IL   60178-2663

                                        /s/   Destiny A. Collins

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Telephone: 312/216-2562
Facsimile: 312/236-0241
Email: dcollins@baumsigman.com

I:\CLJ\Northern Contracting\#30675\motion for entry of default and judgment.dac.df.docx